GEORGE LEARY et al., Respondents, *v.* VILLAGE OF LAWRENCE, Appellant.

(Argued November 18, 1931; decided December 4, 1931.)

*Edward S. Bentley* for appellant.
*Ferdinand I. Haber* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.